IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

BARRY TUTTLE,

    *Plaintiff*,

v.

C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,

    *Defendants*.

Case No. 3:19-CV-02118-JJH
Judge Jeffrey J. Helmick

## ORDER

Before the Court is the Parties' Joint Stipulation of Dismissal Without Prejudice, filed on February 17, 2022. The Parties stipulate and agree that the above-captioned case be dismissed *without prejudice,* with each party to bear its own costs. (*See,* Fed. R. Civ. P. 41(a)(1)(A)(ii)).

IT IS ORDERED that the case is hereby CLOSED.

SIGNED this  24  day of  February , 2022.

                                                  s/ Jeffrey J. Helmick
                                                 JUDGE JEFFREY J. HELMICK
                                                 UNITED STATES DISTRICT JUDGE